■ AMERICAN HONDA FINANCE COMPANY et al., Appellants, v TRANSPORTATION INSURANCE COMPANY (CNA), Respondent. [754 NYS2d 609] —Appeal from an order of Supreme Court, Jefferson County (Gilbert, J.), entered February 7, 2002, which, inter alia, granted defendant's motion for summary judgment and dismissed the complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court, Jefferson County, Gilbert, J. Present—Pigott, Jr., P.J., Pine, Hurlbutt, Gorski and Lawton, JJ.